UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>KEVIN BYRON LONDON,<br><br>              Defendant. | No. CR-13-008-WFN-24<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY |

Before the Court is Defendant's Motion to Modify Conditions of Release. ECF No. 1431. Defendant is being supervised in the Central District of California. He seeks to have his supervision lowered from "intensive" to "routine."

The Court has considered Defendant's Motion, Declaration of Counsel, the government's Response, as well as the Pretrial Services Report. The Court finds circumstances do not appear to have changed since Defendant's conditions of release were imposed. Accordingly, the Defendant's Motion, **ECF No. 1431,** is **DENIED.** Defendant shall abide by all previous conditions of release.

**IT IS SO ORDERED.**

DATED October 15, 2013.



```
                            _____
                                       JOHN T. RODGERS
                            UNITED STATES MAGISTRATE JUDGE
```

ORDER DENYING DEFENDANT'S MOTION TO MODIFY - 1